UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-MJ-1318

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO UNSEAL |
| v. | ) | COMPLAINT AFFIDAVIT |
| | ) | |
| JAKYM TIBBS | ) | |
| a/k/a "Jak" | ) | |

It is hereby ORDERED that the Motion to Seal the Complaint, the Complaint and associated Affidavit, Warrant for Arrest filed in the above-referenced matter, and this Order be UNSEALED.

This the __15th__ day of April, 2014.

_____
JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE